```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

RONALD H. CARTER,            )
                             )
          Plaintiff,         )
                             )
     v.                      )     No.  12 C 1762
                             )
COOK COUNTY ILLINOIS,        )
                             )
          Defendant.         )

## MEMORANDUM ORDER

Ronald Carter ("Carter") has just filed a one-paragraph Complaint that he has captioned "Subject: Sue against Cook County Illinois," coupling that submission with an In Forma Pauperis Application ("Application"). Because any grant of in forma pauperis status requires not only a showing of the plaintiff's inability to pay the $350 filing fee (a showing that the Application in this case confirms) but also the assertion of a claim that clears a comparatively low hurdle, this memorandum order turns to the latter.

For that purpose Haines v. Kerner, 404 U.S. 519, 520-21 (1972)(per curiam) teaches that nonlawyers' pro se pleadings should be given a generous reading. But Carter's brief recital does not even approach the required level of plausibility to permit relief to be granted under 42 U.S.C. §1983, and no other potential source of federal subject matter jurisdiction occurs to this Court.

That being the case, the Application is denied. Carter is

granted until March 28, 2012 either to pay the filing fee or to file an amended complaint that could pass muster as a reasonably plausible claim--but failing either of those alternatives, this Court will simply dismiss this action without prejudice.

                                                                  _____
                                                                   Milton I. Shadur
                                                                   Senior United States District Judge

Date:  March 14, 2012