UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RONALD H. CARTER,                )
                                 )
            Plaintiff,           )
                                 )
        v.                       )    No.  12 C 1762
                                 )
COOK COUNTY ILLINOIS,            )
                                 )
            Defendant.           )

**MEMORANDUM ORDER**

This Court's brief March 14, 2012 memorandum order ("Order") gave pro se plaintiff Ronald Carter ("Carter") until March 28 to either (1) pay the $350 filing fee or (2) replace his totally inadequate one-paragraph Complaint with "a claim that clears a comparatively low hurdle" -- that is, "a reasonably plausible claim" that would "permit relief to be granted under 42 U.S.C. § 1983." Carter has done neither, for he has made no payment and has simply filed another one-paragraph statement reflecting a long standing grievance going back some 30 years, but without any hint of a viable federal claim.

Anticipating that possibility, the Order stated that if it were in fact to occur this action would be dismissed without prejudice. This Court so orders.

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 29, 2012